**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James E. Kline <br> & <br> Karen L. Kline <br> <u>Debtor(s)</u> | CHAPTER 7 <br><br> BKY. NO. 17-21864 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                     Respectfully submitted,

                                     **<u>/s/ James C. Warmbrodt, Esquire</u>**
                                     James C. Warmbrodt, Esquire
                                     jwarmbrodt@kmllawgroup.com
                                     Attorney I.D. No. 42524
                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106
                                     Phone: (215)-627-1322

                                     Attorney for Movant/Applicant