**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James E. Kline** | Social Security number or ITIN   **xxx–xx–7532** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Karen L. Kline** | Social Security number or ITIN   **xxx–xx–8008** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–21864–JAD**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James E. Kline                    Karen L. Kline

8/9/17                            **By the court:**   Jeffery A. Deller
                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 17-21864-JAD
James E. Kline                                                          Chapter 7
Karen L. Kline
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: admin                  Page 1 of 2                  Date Rcvd: Aug 09, 2017
                               Form ID: 318                 Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db/jdb         +James E. Kline,    Karen L. Kline,    819 Missouri Lane,    Jeannette, PA 15644-1636
14415198       +Arthur Lashin, Esq.,    Merdian Center 1,    2 Industrial Way West,    Eatontown, NJ 07724-2265
14415202       +Brightside Academy,    100 S Second Street,    Jeannette, PA 15644-2104
14415203       +Bryant State Bank,    500 East 60th Street,    Sioux Falls, SD 57104-0478
14415206       +CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
14415207       +Children's Community Pediatrics,    11279 Perry Highway, Suite 450,    Wexford, PA 15090-9394
14415208       +City of Jeannette, Jacob Milliron,    110 S. Second Street,    Jeannette, PA 15644-2114
14415209       +Client Services,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
14415210        Comenity Bank,    P.O. Box 1182273,    Columbus, OH 43218-2273
14415211       +Daniel J. Santucci, Esq.,    1 International Plaza 5th Floor,    Philadelphia, PA 19113-1510
14415212       +David J. Apothaker,    520 Fellowship Road, Suite C306,    P.O. Box 5496,
                 Mount Laurel, NJ 08054-5496
14415213        Digestive Care Consultants,    P.O. Box 98,    Delmont, PA 15626-0098
14415214        Excela Health Physician Practices,    P.O. Box 431,    Landisville, PA 17538-0431
14415216       ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court: First Savings Bank,    500 East 60th Street,    Sioux Falls, SD 57104)
14415218        FMS Inc.,    P.O. Box 707600,    Tulsa, OK 74170-7600
14415215       +First National Credit,    500 East 60th Street,    Sioux Falls, SD 57104-0478
14415217       +First Savings Credit,    500 East 60th Street,    Sioux Falls, SD 57104-0478
14415219        Hayt, Hayt & Landau, LLC,    P.O. Box 500,    Eatontown, NJ 07724-0500
14415220       +Keybridge Medical Revenue Managers,    2244 Baton Rouge,    Lima, OH 45805-1132
14641982        Keybridge Medical Revenue Managers,    2248 Baton Rouge,    Lima, OH  45805
14415221        Medical Health Services,    P.O. Box 747,    Lima, OH 45802-0747
14415223       +Michelle Langdon, Treasurer,    110 S. Second Street,    Jeannette, PA 15644-2114
14415224       +Midland Funding,    2365 Northside Drive 300,    San Diego, CA 92108-2709
14415640       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14415226        Radiologic Consultants,    717 East Pittsburgh Street,    Greensburg, PA 15601-2636
14415227       +Ratchford Law Group,    409 Lackawanna Avenue, Suite 3,    Scranton, PA 18503-2059
14415229        Unity Pathology Associates,    P.O. Box 90040,    Pittsburgh, PA 15224-0440
14415231       +Westmoreland Hospital,    532 W. Pittsburgh Street,    Greensburg, PA 15601-2282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJRWALSH.COM Aug 10 2017 01:04:00      James R. Walsh,
                 Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2017 01:10:30      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14415200        EDI: BANKAMER.COM Aug 10 2017 01:04:00      Bank of America,    P.O. Box 982238,
                 El Paso, TX 79998
14415199        EDI: BANKAMER.COM Aug 10 2017 01:04:00      Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
14415201       +EDI: TSYS2.COM Aug 10 2017 01:03:00      Barclay's Bank,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
14415204       +EDI: CAPITALONE.COM Aug 10 2017 01:04:00      Capital One,    Attn: General Correspondence,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
14415205       +EDI: CAPITALONE.COM Aug 10 2017 01:04:00      Capital One Bank,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14415222       +EDI: MERRICKBANK.COM Aug 10 2017 01:03:00      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
14415228        EDI: RMSC.COM Aug 10 2017 01:04:00      Synchrony Bank-Walmart,    P.O. Box 965024,
                 El Paso, TX 79998
14415230       +EDI: BLUESTEM Aug 10 2017 01:04:00      Webbank-Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14415225      ##+Portfolio Recovery,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                 TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: admin             Page 2 of 2            Date Rcvd: Aug 09, 2017
                               Form ID: 318            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James R. Walsh    jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          John Eric Bumbaugh    on behalf of Debtor James E. Kline Bumbaugh-Nicola@comcast.net
          John Eric Bumbaugh    on behalf of Joint Debtor Karen L. Kline Bumbaugh-Nicola@comcast.net
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                           TOTAL: 6
```